IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Plaintiff,                    No. CIV S-04-0731 MCE CMK P

    vs.

ED ALAMEIDA, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested a second extension of time to file a second amended complaint pursuant to the court's order of April 27, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 20, 2005 motion for an extension of time is granted; and

        2. Plaintiff shall file a second amended complaint on or before July 22, 2005.

DATED: June 30, 2005.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

/bb

hawk0731.36(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26