IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Plaintiff,                    No. CIV S-04-0731 MCE CMK P

    vs.

ED ALAMEIDA, et al.,

    Defendants.            <u>ORDER</u>

                            /

        Plaintiff has filed his third request for an extension of time to file a second amended complaint pursuant to the court's order of April 27, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's July 19, 2005 third request for an extension of time is granted; and

        2. Plaintiff shall file a second amended complaint on or before August 30, 2005. No further extensions of time will be granted.

  DATED: August 3, 2005.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE