IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHAWN HAWK,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEIDA, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:04-cv-0731 MCE CMK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before October 18, 2006.

September 25, 2006

　　　　　　　　　　　　　　　/s/   **CRAIG M. KELLISON**
　　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

04cv0731 -- 2nd order granting extension of time.wpd

*[Proposed] Order Granting Defendants' First Request for Extension of Time to Respond to Plaintiff's Complaint*

1