IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAWK, | No. CIV S-04-0731-MCE-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| ALAMEIDA, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Runnels' request for an extension of time (Doc. 33), filed on October 2, 2006. Good cause appearing therefor, the request will be granted. Defendant Runnels shall file a response to plaintiff's complaint on or before October 18, 2006.

IT IS SO ORDERED.

DATED: October 4, 2006.

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE