1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
5 | JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-6421
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Alameida, Correa,
Ingwerson, Peery, Runnels and Swartz
10 | SA2006302846

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHAWN HAWK,**<br><br>         Plaintiff,<br><br>  v.<br><br>**ALAMEIDA, et al.,**<br><br>         Defendants. | CASE NO. 2:04-cv-0731 MCE CMK P<br><br>**ORDER TO SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

  Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before November 17, 2006.

October 18, 2006

        /s/   **CRAIG M. KELLISON**
        Craig M. Kellison
        UNITED STATES MAGISTRATE JUDGE

1