IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,                                              No. 2:04-cv-0731-MCE-CMK-P

       Plaintiff,

  vs.                                                                     <u>ORDER</u>

ALAMEIDA, et al.,

       Defendants.

                                    /

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On February 16, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The findings and recommendations filed February 16, 2007, are adopted in full;

3    2.   This action is dismissed <u>as against defendant Howard only</u>, who is deceased;

4    3.   The Clerk of the Court is directed to terminate Howard as a defendant to this action.

Dated: March 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE