1
2
3
4
5              **IN THE UNITED STATES DISTRICT COURT**

6            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   SHAWN HAWK,                          No. CIV S-04-0731-MCE-CMK-P

9              Plaintiff,

10         vs.                              <u>ORDER</u>

11  COOK, et al.,

12             Defendants.

13  _____/

14             Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

15  to 42 U.S.C. § 1983.  On January 14, 2008, the court directed defendants Ingwerson and Swartz

16  to file a response to plaintiff's fourth amended complaint within 30 days.  Pending before the

17  court is these defendants' request (Doc. 66) for a 45-day extension of time.  Good cause

18  appearing therefore, the request is granted.  Defendants Ingwerson and Swartz shall file a

19  response to the fourth amended complaint by March 31, 2008.

20             IT IS SO ORDERED.

21

22

23  DATED:  February 28, 2008

24                                      _____
                                        **CRAIG M. KELLISON**
25                                      UNITED STATES MAGISTRATE JUDGE

26

                                        1