**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN HAWK, | No. 2:04-cv-00731-MCE-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COOK, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 14, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2008, are adopted in full;

2. Plaintiff's equal protection claim be dismissed; and

3. This action shall proceed only on the fourth amended complaint as to plaintiff's due process and Eighth Amendment claims against defendants Ingwerson, Cook, Swartz, and Chettam.

Dated: March 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE