1

2

3

4

5

6

7            **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   SHAWN HAWK,                          No. CIV S-04-0731-MCE-CMK-P

11              Plaintiff,

12         vs.                               <u>ORDER</u>

13   COOK, et al.,

14              Defendants.

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

17   to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for an extension of time

18   (Doc. 72) to file a response to plaintiff's fourth amended complaint.  Good cause appearing

19   therefor, the request is granted.  Defendants shall file a response within 30 days of the date of this

20   order.

21              IT IS SO ORDERED.

22    DATED:  March 31, 2008

23
                                            _____
24                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

                                            1