EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-9921
 Fax: (916) 324-5205
 Email: stanton.lee@doj.ca.gov

Attorneys for Defendants Ingwerson and Swartz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN HAWK,** | 2:04-cv-0731 MCE CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **ALAMEIDA, et al.,** | |
| Defendants. | |

GOOD CAUSE having been demonstrated, Defendants' second request for an extension of time to file a responsive pleading to the Fourth Amended Complaint is hereby GRANTED.

Defendants will have twenty (20) calendar days from the signing of this order to file a responsive pleading to the Fourth Amended Complaint.

Dated: April 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1