IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

        Plaintiff,

  vs.

INGWERSON, et al.,

        Defendants.

No. 2:04-cv-00731-MCE-CMK-P

ORDER

/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On March 6, 2008, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed March 6, 2008, are adopted in full;

2. Cook and Chettam are dismissed as defendants to this action for plaintiff's failure to comply with the court's January 14, 2008, order;

3. This action shall proceed as against defendants Ingwerson and Swartz only; and

4. The Clerk of the Court is directed to update the docket to reflect that Ingwerson (incorrectly named and docketed as Ingerson) and Swartz are the only remaining defendants.

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2