IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAWK, | No. CIV S-04-0731-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| INGWERSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's unopposed motion for an extension of time (Doc. 78) to file a response to defendants' motion to dismiss. Good cause appearing therefor, the request is granted. Plaintiff may file a response within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: June 2, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1