IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,   No. CIV S-04-0731-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

INGWERSON, et al.,

    Defendants.

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the stipulation of the parties filed on August 5, 2008, this action is dismissed, with prejudice.  Defendants' motion to dismiss (Doc. 76) is denied as moot. The Clerk of the Court is directed to enter judgment and close this file.

    IT IS SO ORDERED.

Dated: August 8, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1